| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **M3B SFR LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-3226855** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1811 East Levee Street**<br>**Dallas, TX 75207**<br>Number, Street, City, State & ZIP Code<br><br>**Dallas**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor __M3B SFR LLC_____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **M3B SFR LLC**  Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **XYZ Home Buyers, LLC** | Relationship | **Affiliate** |
| District | **BANKR. MD GA** | When **2/07/25** | Case number, if known | **25-40081** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **M3B SFR LLC**      Case number (*if known*)
   Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 7, 2025**
                  MM / DD / YYYY

**X /s/ James Bell**           **James Bell**
Signature of authorized representative of debtor     Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X /s/ Thomas T. McClendon**      Date **February 7, 2025**
Signature of attorney for debtor           MM / DD / YYYY

**Thomas T. McClendon 431452**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone   **404-564-9300**     Email address   **tmcclendon@joneswalden.com**

**431452 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **M3B SFR LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Dwight Doyle Harrison** 2809 Oakmont Court Grapevine, TX 76051 | | | | | | $0.00 |
| **Jenny Hepola** 516 Rainforest Ln Allen, TX 75013 | | | | | | $0.00 |
| **Karalyn Harrison** 2809 Oakmont Court Grapevine, TX 76051 | | | | | | $0.00 |
| **Marcus Brandon Bachik** 2809 Oakmont Court Grapevine, TX 76051 | | | | | | $0.00 |
| **Suzanne Thurman** 2809 Oakmont Ct Grapevine, TX 76051 | | | | | | $0.00 |

```
Barbara A. Shafer
7596 Winding Way
Brecksville, OH 44141

BSI
4200 Regent Blvd., Suite 200
Irving, TX 75063

BSI Financial Services
c/o Park Place Finance, LLC
4200 Regent Blvd., Suite 200
Irving, TX 75063

Ciscoingrid Consulting LLC
577 Maple Ave
Teaneck, NJ 07666

Community Loan Servicing, LLC
4425 Ponce de Leon Boulevard
Coral Gables, FL 33146

Dawn Marston
4 Mildred St
South Portland, ME 04106

DCI Property, LLC
c/o Jerry Lipsey
1776 Polk St, Apt 1913
Hollywood, FL 33020

Dwight Doyle Harrison
2809 Oakmont Court
Grapevine, TX 76051

Fay Servicing Inc.
c/o RCN Capital
1601 Lyndon B Johnson Fwy
Farmers Branch, TX 75234

Fay Servicing, Inc.
1601 LBJ Freeway
Suite 150
Farmers Branch, TX 75234

Fay Servicing, Inc.
c/o RCN Capital
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234

Holze Management, LLC
c/o Lester Holze
187 Old Forge Rd
Elgin, IL 60123
```

```
Horizon Trust FBO Alton W Brown IRA
PO Box 27067
Newark, NJ 07101

Horizon Trust FBO Alton W Brown IRA
c/o Alton Brown
PO Box 27067
Newark, NJ 07101

Horizon Trust FBO Kristina K. White IRA
PO Box 27067
Newark, NJ 07101

Horizon Trust FBO Molly Young IRA
c/o Molly Young
PO Box 27067
Newark, NJ 07101

Horizon Trust FBO Svetlana Arshavsky IRA
c/o Svetlana Arshavsky
PO Box 27067
Newark, NJ 07101

IRA Club FBO Ashley Riley IRS
c/o Ashley Riley
67 E. Madison St, Suite 1510
Chicago, IL 60603

Jenny Hepola
516 Rainforest Ln
Allen, TX 75013

JMF Financial Management, LLC
c/o Jon Futryk
6545 Market Ave North Suite 100
Canton, OH 44721

Julie Hicks EQRP 401K
c/o Julie Hicks
49091 Jennings Dr
The Colony, TX 75056

Karalyn Harrison
2809 Oakmont Court
Grapevine, TX 76051

Layfayette 1, LLC
c/o Christy & Jim
7777 N Wickman Rd, Suite 12-320
Melbourne, FL 32940

Marcus Brandon Bachik
2809 Oakmont Court
Grapevine, TX 76051
```

```
Oakley Notes, LLC
c/o Chelsea Geer
6048 South 1200 East
Ogden, UT 84405

Primus Capital, LLC
c/o Roy
3829 Buell St
Oakland, CA 94619

Ronald & Barbara Lapierre
1501 Bull Street
Aubrey, TX 76227

Selene Finance
3501 Olympus Blvd
Suite 500
Coppell, TX 75019

Selene Finance
3501 Olympus Blvd, Suite 500
Coppell, TX 75019

Shane Hollingsworth
1546 S Goldbug Cir
Aurora, CO 80018

Shellpoint Mortgage Servicing
c/o Temple View
17000 Katy Freeway, Suite 300
Houston, TX 77094

Suzanne Thurman
2809 Oakmont Ct
Grapevine, TX 76051
```